OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 18, 2008

**William J. Wade, Esq.**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7718
Email: wade@rlf.com

Dear Counsel:   **RE: CA 95-444 RRM** Chromalloy Gas Turbine Corp., v. United Technologies Corp.

    Pursuant to the Order entered on April 29, 2002 by the Honorable Roderick R. McKelvie, the following document is herewith returned to you:

ITEM #:   632  (Sealed letter was originally filed with the wrong case number on it and therefore was misfiled by the Clerk's Office)

    A copy of the signed acknowledgment will be entered on the Court's docket.

Sincerely,

Peter T. Dalleo, Clerk

BY: _____
Ronald B. Eberhard, Deputy Clerk

TO: Clerk, U.S. District Court

I hereby acknowledge receipt of the above noted document(s), on: 1/22/08

_____
Signature of Attorney or Representative